**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DOMINGO GUERRO,

                    Petitioner,              19 **CIVIL** 11644 (KPF)

-against-                   **JUDGMENT**

DIRECTOR THOMAS DECKER, as field Officer Director, New York City field Office, U.S. Immigration and Customs Enforcement, ACTING SECRETARY CHAD WOLF, as Acting Secretary, U.S. Department of Homeland Security, and ATTORNEY GENERAL WILLIAM BARR, as Attorney General, U.S. Department of Justice,

                    Respondents.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 16, 2020, Guerrero's petition for a Writ of Habeas Corpus is granted to the extent: Within thirty (30) days of the date of the Opinion and Order, respondents shall either provide Guerrero with an individualized bond hearing consistent with the Opinion and Order or release him; The Court will not set a shorter time frame, as it believes that Respondents' ability to act may itself be hampered by policies implemented in response to COVID-19; The Court's resolution of this matter also resolves Petitioner's emergency application of March 13, 2020; accordingly, this case is closed.

**DATED:** New York, New York
            March 16, 2020

                                                  **RUBY J. KRAJICK**
                                                  _____
                                                      **Clerk of Court**
          **BY:**
                                                      _____
                                                        **Deputy Clerk**