UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOMINGO GUERRERO,<br><br>       Petitioner,<br><br>      -v.-<br><br>DIRECTOR THOMAS DECKER, *as Field Office Director, New York City Field Office, U.S. Immigration & Customs Enforcement*, ACTING SECRETARY CHAD WOLF, *as Acting Secretary, U.S. Department of Homeland Security*, and ATTORNEY GENERAL WILLIAM BARR, *as Attorney General, U.S. Department of Justice*,<br><br>       Respondents. | 19 Civ. 11644 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  On March 16, 2020, the Court issued an Opinion and Order granting Petitioner a writ of habeas corpus and requiring that Respondents either provide Petitioner with an individualized bond hearing consistent with the Opinion and Order within thirty days of March 16, 2020, or release Petitioner. On April 15, 2020, thirty days after March 16, 2020, the Court was informed that Respondents had not provided Petitioner with an individualized bond hearing. The Court was further informed that Petitioner had tested positive for the COVID-19 virus, complicating his plans for reentry upon release.

  The release component of the Court's March 16, 2020 Opinion and Order is hereby STAYED pending further order of the Court. The parties are hereby ORDERED to appear for a telephonic conference at 9:30 a.m. on April 15, 2020. At that time, Petitioner's counsel will present a detailed plan for

Petitioner's release that minimizes the risk of transmission of the COVID-19 virus to others in the community that he plans to reenter.  Counsel for Petitioner and Respondents are strongly encouraged to discuss these matters fully before the conference with the Court.

    The dial-in information for the telephonic conference is as follows:  At 9:30 a.m. on April 16, 2020, the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 9:30 a.m.

    SO ORDERED.

Dated:    April 15, 2020
             New York, New York

                                           KATHERINE POLK FAILLA
                                           United States District Judge