UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOMINGO GUERRERO,

                Petitioner,

-v.-

DIRECTOR THOMAS DECKER, *as Field Office Director, New York City Field Office, U.S. Immigration & Customs Enforcement*, ACTING SECRETARY CHAD WOLF, *as Acting Secretary, U.S. Department of Homeland Security*, and ATTORNEY GENERAL WILLIAM BARR, *as Attorney General, U.S. Department of Justice*,

                Respondents.

19 Civ. 11644 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

      In light of the materials received from the parties on April 16, 2020, the Court LIFTS THE STAY imposed by Order dated April 15, 2020; cancels the telephonic conference scheduled for today's date; and ORDERS Respondents to proceed with Petitioner's release.  The Court thanks counsel for both sides for the diligence and professionalism they have displayed throughout these proceedings.

      SO ORDERED.

Dated:    April 16, 2020
            New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge